**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7410**

_____

ROBERT S. BALLARD,

        Plaintiff - Appellant,

    v.

MARTA M. KALINSKI, Dr.,

        Defendant - Appellee,

    and

NC DEPT. OF PUBLIC SAFETY; PAULA SMITH, Dr., Director of
Health Services,

        Defendants.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge. (5:13-cv-00175-FDW)

_____

Submitted: December 15, 2015    Decided: December 18, 2015

_____

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert S. Ballard, Appellant Pro Se. Joseph Brandon Adams, Ginger Bagley Hunsucker, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Ballard appeals the district court's order granting summary judgment to Appellee in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ballard v. Kalinski, No. 5:13-cv-00175-FDW (W.D.N.C. Aug. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED